**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | National Tractor Parts, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-3327413 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12127A Galena Rd.** <br> **Plano, IL 60545** <br> Number, Street, City, State & ZIP Code | **P.O. Box 146** <br> **Plano, IL 60545** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Kendall** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL)     **www.ntparts.com**

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | National Tractor Parts, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **National Tractor Parts, Inc.**    Case number (*if known*) _____

Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **National Tractor Parts, Inc.**                                                    Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2020**
              MM / DD / YYYY

**X** **/s/ Charles H. Gunier Jr.**                          **Charles H. Gunier Jr.**
     Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Richard G Larsen**                    Date **November 30, 2020**
     Signature of attorney for debtor                  MM / DD / YYYY

**Richard G Larsen 6193054  Illinois**
Printed name

**Springer Brown, LLC**
Firm name

**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone   **630-510-0000**      Email address   **www.springerbrown.com**

**6193054  Illinois IL**
Bar number and State

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **National Tractor Parts, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **November 23, 2020** | x _____ |
| --- | --- | --- |
| | | Signature of individual signing on behalf of debtor |

**Charles H. Gunier Jr.**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | National Tractor Parts, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

▰ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 30, 2020
               MM / DD / YYYY

X _____    Charles H. Gunier Jr.
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X _____    Date    November 30, 2020
Signature of attorney for debtor    MM / DD / YYYY

Richard G Larsen 6193054 Illinois
Printed name

Springer Brown, LLC
Firm name

300 S. County Farm Road
Suite I
Wheaton, IL 60187
Number, Street, City, State & ZIP Code

Contact phone    630-510-0000    Email address    www.springerbrown.com

6193054 Illinois IL
Bar number and State

# United States Bankruptcy Court
## Northern District of Illinois

In re   National Tractor Parts, Inc.

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   National Tractor Parts, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 30, 2020

Date

Richard G Larsen 6193054 Illinois

Signature of Attorney or Litigant

Counsel for   National Tractor Parts, Inc.

Springer Brown, LLC
300 S. County Farm Road
Suite I
Wheaton, IL 60187
630-510-0000 Fax:630-510-0004
www.springerbrown.com

# United States Bankruptcy Court
## Northern District of Illinois

In re    __National Tractor Parts, Inc.__ _____    Case No. _____

                                          Debtor(s)    Chapter    __11__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____ __58__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    __November 30, 2020__ _____       __/s/ Charles H. Gunier Jr.__ _____

                                                        **Charles H. Gunier Jr./President**
                                                        Signer/Title

```
A T & T
PO Box 5019
Carol Stream, IL 60197-5019


A T & T
P.O. Box 5080
Carol Stream, IL 60197-5080


A T & T Long Distance
PO Box 5017
Carol Stream, IL 60197-5017


Adelman & Gettleman
Law Office
53W Jackson Blvd., Suite 1050
Chicago, IL 60604


Airgas USA, LLC
PO Box 734445
Chicago, IL 60673-4445


Altorfer, Inc.
P.O. Box 1347
Cedar Rapids, IA 52406-1347


American Crane & Tractor
PO Box 878
Bedford Park, IL 60499-0878


AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


B2B INDUSTRIAL PACKAGING
PO BOX 3296
Glen Ellyn, IL 60138


BERCO OF AMERICA
P.O. BOX 2357
Carol Stream, IL 60132-2357


Bibby Financial/E Capital
600 Townpark Lane
Kennesaw, GA 30144
```

BLUMAQ CORP. USA
P.O. BOX 126190
Hialeah, FL 33012


BOYD & SONS MACHINERY, LLC
16 SOUTH 350 EAST
Washington, IN 47501


Charles H. Gunier Jr.
2524. N 45th Rd
Leland, IL 60531


Chase Credit Card
P.O. Box 15298
Wilmington, DE 19850-5298


Christopher J. Gunier
3795 E. 2150th Road
Serena, IL 60549


CIGUENALES SANZ, S.L.
POL. MALPICA-STA.ISABEL
C/F OESTE NO 44-45
ZARAGOZA (SPAIN) 60016


COM ED
BILL PAYMENT CENTER
P.O. BOX 6111
Carol Stream, IL 60197-6111


Converted Financial Services
1906 Jeanette Ave.
Saint Charles, IL 60174


CRAWLER PARTS LLC
12826 NORTH STATE ROAD 9
P.O. BOX 28
Alexandria, IN 46001


CROSS DILLON TIRE
P.O. BOX 81208
Lincoln, NE 68501

ECS
3990 Beechgrove Dr.
Waterford, MI 48328


Federal Express
PO 94515
Palatine, IL 60094


FEDEX FREIGHT
DEPT CH PO BOX 10306
Palatine, IL 60055-0306


First Midwest Bank
8750 West Bryn Mawr Ave.
Chicago, IL 60631


First National Bank of Ottawa
701 LaSalle
Ottawa, IL 61350


First National Bank of Ottawa
701 La Salle St.
Ottawa, IL 61350


GARD SPECIALISTS CO INC.
621 STATE HWY 17 SOUTH
PO BOX 157
Eagle River, WI 54521


GROOT INC.
A WASTE CONNECTIONS CO.
PO BOX 535233
Pittsburgh, PA 15253-5233


H & R CONSTRUCTION PARTS INC.
20 MILBURN ST.
Buffalo, NY 14212


H-E PARTS DISTRIBUTION
4161 CHAMBLEE ROAD
Oakwood, GA 30566


HICKSGAS, LLC
P.O. BOX 577
Cortland, IL 60112-0577

ILLINOIS ENERGY
REMITTANCE PROCESSING
PO BOX 30093
Lansing, MI 48909-7593


INDUSTRIAL TRACTOR PARTS, INC.
775 CALIFORNIA AVE.
Dolton, IL 60419


INTERTRACTOR AMERICA CORP.
4599 PAYSHPERE CIRCLE
Chicago, IL 60674


ITR AMERICA, LLC
5656 PAYSPHERE CIRCLE
Chicago, IL 60674


Kendall County Collector's Office
111 W. Fox St.
Yorkville, IL 60560


Machinery Trader/Sandhills Global
PO Box 85673
Lincoln, NE 68501-5673


MIDWEST INDUSTRIAL SALES INC
423 INDUSTRY AVE.
P.O. BOX 198
Gardner, IL 60424


NATIONAL TRUCK & CONST PARTS
P.O. BOX 83
Plano, IL 60545


OBBLIGATO BUSINESS PARTNERS
1791 COMMERCE DRIVE
Montgomery, IL 60538


On Deck
1400 Broadway 25th Floor
New York, NY 10018

RDM Capital Funding
777 Passaic Ave.
Suite 375
Clifton, NJ 07012


READY FRESH BY NESTLE
DIV. NESTLE WATERS
P.O. BOX 856680
Louisville, KY 40285-6680


ROLAND MACHINERY CO.
NW 7899
P.O. BOX 1450
Minneapolis, MN 55485-7899


SAFE HARBOR PARTS
11825 HIGHWAY 90A
P.O. BOX 969
East Bernard, TX 77435


Snap Advances
1182 W. 2400 S
West Vallet City, UT 84119


State of Illinois Sales Tax
P.O. Box 19035
Springfield, IL 62794-9035


State of Illinois Sales Taxes
PO Box 19035
Springfield, IL 62794-9035


STEEL TRACKS INC.
DEPT #05-066
PO BOX 3488
Tupelo, MS 38803-3488


SUMMIT SUPPLY LLC
2 VLIET FARM ROAD
Asbury, NJ 08802


SWEDISH LORRY PARTS AB
146 21 TULLINGE
BOX 19
SWEDEN

Taft
111 Wacker Drive, Suite 2800
Attn: Jillian S. Cole
Chicago, IL 60601

TREK, INC.
DEPT # 246301
P.O. BOX 67000
Detroit, MI 48267-2463

U.S. Small Business
Administration
2 North Street, Suite 320
Birmingham, AL 35203

UPS
PO BOX 809488
Chicago, IL 60680-9488

VALUEPART, INC.
PO BOX 775207
Chicago, IL 60677-5207

VARVIT USA, LLC
1455 SEQUOIA DR.
Aurora, IL 60506

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | National Tractor Parts, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adelman & Gettleman Law Office 53W Jackson Blvd., Suite 1050 Chicago, IL 60604 | | Attorney Fees | | | | $10,469.12 |
| BERCO OF AMERICA P.O. BOX 2357 Carol Stream, IL 60132-2357 | | Business Debt | | | | $63,184.36 |
| Bibby Financial/E Capital 600 Townpark Lane Kennesaw, GA 30144 | | AR-Loan | | $111,885.00 | $0.00 | $111,885.00 |
| BOYD & SONS MACHINERY, LLC 16 SOUTH 350 EAST Washington, IN 47501 | | Business Debt | | | | $44,001.84 |
| Charles H. Gunier Jr. 2524. N 45th Rd Leland, IL 60531 | | Shareholder Loan | | | | $210,543.90 |
| Chase Credit Card P.O. Box 15298 Wilmington, DE 19850-5298 | | Credit card purchases and interest | | | | $84,464.77 |
| Christopher J. Gunier 3795 E. 2150th Road Serena, IL 60549 | | Officer Loan | | | | $117,280.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **National Tractor Parts, Inc.**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Midwest Bank 8750 West Bryn Mawr Ave. Chicago, IL 60631 | | Chase Bank, Grant Funds - Commercial Business Checking - Acct# 5962 | | $328,999.12 | $150,000.00 | $178,999.12 |
| First National Bank of Ottawa 701 La Salle St. Ottawa, IL 61350 | | Guarentee of individual Loan | | $264,320.32 | $0.00 | $264,320.32 |
| First National Bank of Ottawa 701 LaSalle Ottawa, IL 61350 | | SBA-PPO loan | | | | $72,100.00 |
| ITR AMERICA, LLC 5656 PAYSPHERE CIRCLE Chicago, IL 60674 | | Business Debt, Real Estate | | | | $29,622.88 |
| Kendall County Collector's Office 111 W. Fox St. Yorkville, IL 60560 | | Taxes | | $41,107.77 | $0.00 | $41,107.77 |
| Kendall County Collector's Office 111 W. Fox St. Yorkville, IL 60560 | | Taxes, Real Estate | | | | $41,107.77 |
| NATIONAL TRUCK & CONST PARTS P.O. BOX 83 Plano, IL 60545 | | Business Debt | | | | $41,590.88 |
| On Deck 1400 Broadway 25th Floor New York, NY 10018 | | Merchant Cash Advance Loan | | | | $134,875.79 |
| RDM Capital Funding 777 Passaic Ave. Suite 375 Clifton, NJ 07012 | | Merchant Cash Advance Loan | | | | $40,133.23 |
| Snap Advances 1182 W. 2400 S West Vallet City, UT 84119 | | Merchant Cash Advance Loan | | | | $55,579.97 |
| STEEL TRACKS INC. DEPT #05-066 PO BOX 3488 Tupelo, MS 38803-3488 | | Business Debt | | | | $34,187.88 |

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims

Debtor  __National Tractor Parts, Inc._____    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SWEDISH LORRY PARTS AB 146 21 TULLINGE BOX 19 SWEDEN | | | | | | $566,597.82 |
| U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203 | | SBA Loan | | | | $90,500.00 |

## United States Bankruptcy Court
### Northern District of Illinois

In re   **National Tractor Parts**

Debtor(s)

Case No. _____

Chapter   __11__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of  **National Tractor Parts**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ **Richard G Larsen** **6193054** **Illinois**, attorney and the law firm of **Springer Brown, LLC** to represent the corporation in such bankruptcy case."

Date **August 26, 2020**                                Signed

*President*

Resolution of Board of Directors
of
**National Tractor Parts**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ **Richard G Larsen 6193054** Illinois, attorney and the law firm of **Springer Brown, LLC** to represent the corporation in such bankruptcy case.

Date   **August 26, 2020**                              Signed

Date   **August 26, 2020**                              Signed

**Fill in this information to identify the case:**

Debtor name      **National Tractor Parts, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2020**      *X* **/s/ Charles H. Gunier Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Charles H. Gunier Jr.**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **National Tractor Parts, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Adelman & Gettleman Law Office 53W Jackson Blvd., Suite 1050 Chicago, IL 60604 | | Attorney Fees | | | | $10,469.12 |
| BERCO OF AMERICA P.O. BOX 2357 Carol Stream, IL 60132-2357 | | Business Debt | | | | $63,184.36 |
| Bibby Financial/E Capital 600 Townpark Lane Kennesaw, GA 30144 | | AR-Loan | | $111,885.00 | $0.00 | $111,885.00 |
| BOYD & SONS MACHINERY, LLC 16 SOUTH 350 EAST Washington, IN 47501 | | Business Debt | | | | $44,001.84 |
| Charles H. Gunier Jr. 2524. N 45th Rd Leland, IL 60531 | | Shareholder Loan | | | | $210,543.90 |
| Chase Credit Card P.O. Box 15298 Wilmington, DE 19850-5298 | | Credit card purchases and interest | | | | $84,464.77 |
| Christopher J. Gunier 3795 E. 2150th Road Serena, IL 60549 | | Officer Loan | | | | $117,280.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

Debtor **National Tractor Parts, Inc.**
_____
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Midwest Bank 8750 West Bryn Mawr Ave. Chicago, IL 60631 | | Chase Bank, Grant Funds - Commercial Business Checking - Acct# 5962 | | $328,999.12 | $150,000.00 | $178,999.12 |
| First National Bank of Ottawa 701 La Salle St. Ottawa, IL 61350 | | Guarentee of individual Loan | | $264,320.32 | $0.00 | $264,320.32 |
| First National Bank of Ottawa 701 LaSalle Ottawa, IL 61350 | | SBA-PPO loan | | | | $72,100.00 |
| ITR AMERICA, LLC 5656 PAYSPHERE CIRCLE Chicago, IL 60674 | | Business Debt, Real Estate | | | | $29,622.88 |
| Kendall County Collector's Office 111 W. Fox St. Yorkville, IL 60560 | | Taxes | | $41,107.77 | $0.00 | $41,107.77 |
| Kendall County Collector's Office 111 W. Fox St. Yorkville, IL 60560 | | Taxes, Real Estate | | | | $41,107.77 |
| NATIONAL TRUCK & CONST PARTS P.O. BOX 83 Plano, IL 60545 | | Business Debt | | | | $41,590.88 |
| On Deck 1400 Broadway 25th Floor New York, NY 10018 | | Merchant Cash Advance Loan | | | | $134,875.79 |
| RDM Capital Funding 777 Passaic Ave. Suite 375 Clifton, NJ 07012 | | Merchant Cash Advance Loan | | | | $40,133.23 |
| Snap Advances 1182 W. 2400 S West Vallet City, UT 84119 | | Merchant Cash Advance Loan | | | | $55,579.97 |
| STEEL TRACKS INC. DEPT #05-066 PO BOX 3488 Tupelo, MS 38803-3488 | | Business Debt | | | | $34,187.88 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **National Tractor Parts, Inc.**                                          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SWEDISH LORRY PARTS AB 146 21 TULLINGE BOX 19 SWEDEN** | | | | | | $566,597.82 |
| **U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203** | | SBA Loan | | | | $90,500.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**National Tractor Parts, Inc.**_____

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................ $ __1,100,000.00__

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................. $ __744,491.01__

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................ $ __1,844,491.01__

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ __1,387,144.44__

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ __1,711,699.77__

4. **Total liabilities** ......................................................................
   Lines 2 + 3a + 3b                  $ __3,098,844.21__

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **National Tractor Parts, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank, Grant Funds** | **Commercial Business Checking** | **5962** | **$150,000.00** |
| 3.2. | **Old Second National Bank** | **Commercial Business Checking** | **1317** | **Unknown** |
| 3.3. | **First Midwest Bank** | **Commercial Business Checking** | **0380** | **$330.00** |
| 3.4. | **Heartland Bank & Trust** | **Commercial Business Checking** | **2181** | **$564.00** |
| 3.5. | **First National Bank of Ottawa** | **Commercial Business Checking** | **3514** | **$1,597.01** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $152,491.01 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **National Tractor Parts, Inc.** | Case number *(If known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:     **49,000.00**  -  **0.00**  = ....     **$49,000.00**

face amount          doubtful or uncollectible accounts

11a. 90 days old or less:     **115,000.00**  -  **115,000.00**  = ....     **$0.00**

face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**     **$49,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Misc. Inventory, 12127A Galena Rd.** | | **Unknown** | **Recent cost** | **$438,000.00** |

23.  **Total of Part 5.**     **$438,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **National Tractor Parts, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Misc. Office furniture** | $0.00 | | $2,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **6 Desktop Computers, Printers, Scanners** | $0.00 | | $1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  **Pictures** | $0.00 | N/A | $1,000.00 |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.   $4,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

Debtor  **National Tractor Parts, Inc.**                                    Case number *(If known)* _____
         <small>Name</small>

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **1989 Ford Truck** | **Unknown** | **N/A** | **$16,000.00** |
| 47.2. **2009 Deck Trailer** | **Unknown** | **N/A** | **$10,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Presses, Tools, Welder, & Cranes**         **Unknown**    **N/A**    **$75,000.00**

51. **Total of Part 8.**                                            | **$101,000.00** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **Building - 12127A<br>Galena Road<br>Plano, IL 60545** | **100%<br>Ownership<br>Interest** | **$0.00** | **Appraisal** | **$1,100,000.00** |

56. **Total of Part 9.**                                            | **$1,100,000.00** |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **National Tractor Parts, Inc.** | Case number *(If known)* | |
| | Name | | |

☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **National Tractor Parts, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $152,491.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $49,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $438,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $101,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $1,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $744,491.01 | + 91b. $1,100,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,844,491.01 |

**Fill in this information to identify the case:**

Debtor name   **National Tractor Parts, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

**2.1   Bibby Financial/E Capital**
Creditor's Name

**600 Townpark Lane**
**Kennesaw, GA 30144**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**T101**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| **AR-Loan** | **$111,885.00** | **$0.00** |

Describe the lien
**Accounts Receivable UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2   First Midwest Bank**
Creditor's Name

**8750 West Bryn Mawr Ave.**
**Chicago, IL 60631**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0532**

**Do multiple creditors have an interest in the same property?**

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| **Chase Bank, Grant Funds - Commercial**<br>**Business Checking - Acct# 5962** | $328,999.12 | $150,000.00 |

Describe the lien
**Blanket Lien on all Debtor Assets**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Tractor Parts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ **No**

☐ **Yes. Specify each creditor, including this creditor and its relative priority.**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | $638,180.73 | $1,100,000.00 |
|---|---|---|---|---|

Creditor's Name

**8750 West Bryn Mawr Ave.
Chicago, IL 60631**

**Building - 12127A Galena Road
Plano, IL 60545**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

☐ email address, if known

Creditor's email address, if known

☐ **No**
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
0531**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ **Yes. Specify each creditor, including this creditor and its priority.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First National Bank of Ottawa** | Describe debtor's property that is subject to a lien | $264,320.32 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**701 La Salle St.
Ottawa, IL 61350**

**Guarentee of individual Loan**

Creditor's mailing address

**Describe the lien**
**Second Mortgage on Real Estate. Second Position all other debtor assets**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
7970**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ **Yes. Specify each creditor, including this creditor and its relative priority.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kendall County Collector's Office** | Describe debtor's property that is subject to a lien | $41,107.77 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**111 W. Fox St.
Yorkville, IL 60560**

**Taxes**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **National Tractor Parts, Inc.**                                            Case number (if known) _____
        Name

---

|  | Is the creditor an insider or related party? |
| --- | --- |
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2018 & 2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 | **State of Illinois Sales Tax** | Describe debtor's property that is subject to a lien | $2,651.50 | $0.00 |
| --- | --- | --- | --- | --- |
|  | Creditor's Name | **July, Taxes** |  |  |
|  | **P.O. Box 19035** |  |  |  |
|  | **Springfield, IL 62794-9035** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |

|  | Is the creditor an insider or related party? |
| --- | --- |
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **2971** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,387,144.44 |
| --- | --- | --- |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Taft** **111 Wacker Drive, Suite 2800** **Attn: Jillian S. Cole** **Chicago, IL 60601** | Line  **2.2** |  |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **National Tractor Parts, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**A T & T**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5019**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **7145** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$528.17** |
| **3.2** Nonpriority creditor's name and mailing address<br>**A T & T**<br>**P.O. Box 5080**<br>**Carol Stream, IL 60197-5080**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **7699** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**A T & T Long Distance**<br>**PO Box 5017**<br>**Carol Stream, IL 60197-5017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **0457** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Telephone, Business Debt.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17.45** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Adelman & Gettleman**<br>**Law Office**<br>**53W Jackson Blvd., Suite 1050**<br>**Chicago, IL 60604**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Attorney Fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,469.12** |

Debtor      **National Tractor Parts, Inc.**

Name

Case number (*if known*)

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.19 |

**Airgas USA, LLC**
PO Box 734445
Chicago, IL 60673-4445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2735**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,451.92 |

**Altorfer, Inc.**
P.O. Box 1347
Cedar Rapids, IA 52406-1347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2767**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.02 |

**American Crane & Tractor**
PO Box 878
Bedford Park, IL 60499-0878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **7961**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.53 |

**AT & T Mobility**
P.O. Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cell Phone, Business Debt.**

Last 4 digits of account number  **9416**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.93 |

**B2B INDUSTRIAL PACKAGING**
PO BOX 3296
Glen Ellyn, IL 60138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0405**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,184.36 |

**BERCO OF AMERICA**
P.O. BOX 2357
Carol Stream, IL 60132-2357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0058**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,590.60 |

**BLUMAQ CORP. USA**
P.O. BOX 126190
Hialeah, FL 33012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0459**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Tractor Parts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,001.84**

**BOYD & SONS MACHINERY, LLC**
**16 SOUTH 350 EAST**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7478**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210,543.90**

**Charles H. Gunier Jr.**
**2524. N 45th Rd**
**Leland, IL 60531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,464.77**

**Chase Credit Card**
**P.O. Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2495**

Basis for the claim:  **Credit card purchases and interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117,280.00**

**Christopher J. Gunier**
**3795 E. 2150th Road**
**Serena, IL 60549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Officer Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CIGUENALES SANZ, S.L.**
**POL. MALPICA-STA.ISABEL**
**C/F OESTE NO 44-45**
**ZARAGOZA (SPAIN) 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1669**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$914.97**

**COM ED**
**BILL PAYMENT CENTER**
**P.O. BOX 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8002**

Basis for the claim:  **Utility Service, Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,812.50**

**Converted Financial Services**
**1906 Jeanette Ave.**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Financial Servies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Tractor Parts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.21 |
|---|---|---|---|

**CRAWLER PARTS LLC**
**12826 NORTH STATE ROAD 9**
**P.O. BOX 28**
**Alexandria, IN 46001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,137.00 |
|---|---|---|---|

**CROSS DILLON TIRE**
**P.O. BOX 81208**
**Lincoln, NE 68501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **7150**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**ECS**
**3990 Beechgrove Dr.**
**Waterford, MI 48328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5125**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.71 |
|---|---|---|---|

**Federal Express**
**PO 94515**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0332**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,442.67 |
|---|---|---|---|

**FEDEX FREIGHT**
**DEPT CH PO BOX 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **4470**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,100.00 |
|---|---|---|---|

**First National Bank of Ottawa**
**701 LaSalle**
**Ottawa, IL 61350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SBA-PPO loan**

Last 4 digits of account number  **7002**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.46 |
|---|---|---|---|

**GARD SPECIALISTS CO INC.**
**621 STATE HWY 17 SOUTH**
**PO BOX 157**
**Eagle River, WI 54521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2418**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **National Tractor Parts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **GROOT INC.**<br>**A WASTE CONNECTIONS CO.**<br>**PO BOX 535233**<br>**Pittsburgh, PA 15253-5233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number  **5803** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,850.00 |
|---|---|---|
| **H & R CONSTRUCTION PARTS INC.**<br>**20 MILBURN ST.**<br>**Buffalo, NY 14212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number  **4236** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,795.76 |
|---|---|---|
| **H-E PARTS DISTRIBUTION**<br>**4161 CHAMBLEE ROAD**<br>**Oakwood, GA 30566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number  **0754** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HICKSGAS, LLC**<br>**P.O. BOX 577**<br>**Cortland, IL 60112-0577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.82 |
|---|---|---|
| **ILLINOIS ENERGY**<br>**REMITTANCE PROCESSING**<br>**PO BOX 30093**<br>**Lansing, MI 48909-7593** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number  **OGKR** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,352.00 |
|---|---|---|
| **INDUSTRIAL TRACTOR PARTS, INC.**<br>**775 CALIFORNIA AVE.**<br>**Dolton, IL 60419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,386.33 |
|---|---|---|
| **INTERTRACTOR AMERICA CORP.**<br>**4599 PAYSHPERE CIRCLE**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number  **1021** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **National Tractor Parts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,622.88 |
|---|---|---|---|

**ITR AMERICA, LLC**
**5656 PAYSPHERE CIRCLE**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **1501**

Basis for the claim:  **Business Debt, Real Estate**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,107.77 |
|---|---|---|---|

**Kendall County Collector's Office**
**111 W. Fox St.**
**Yorkville, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018 & 2019**

Last 4 digits of account number _____

Basis for the claim:  **Taxes, Real Estate**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $976.00 |
|---|---|---|---|

**Machinery Trader/Sandhills Global**
**PO Box 85673**
**Lincoln, NE 68501-5673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **5375**

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**MIDWEST INDUSTRIAL SALES INC**
**423 INDUSTRY AVE.**
**P.O. BOX 198**
**Gardner, IL 60424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,590.88 |
|---|---|---|---|

**NATIONAL TRUCK & CONST PARTS**
**P.O. BOX 83**
**Plano, IL 60545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **101**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OBBLIGATO BUSINESS PARTNERS**
**1791 COMMERCE DRIVE**
**Montgomery, IL 60538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,875.79 |
|---|---|---|---|

**On Deck**
**1400 Broadway 25th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **7430**

Basis for the claim:  **Merchant Cash Advance Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **National Tractor Parts, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,133.23** |
|---|---|---|---|

**RDM Capital Funding**
**777 Passaic Ave.**
**Suite 375**
**Clifton, NJ 07012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Merchant Cash Advance Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.73** |
|---|---|---|---|

**READY FRESH BY NESTLE**
**DIV. NESTLE WATERS**
**P.O. BOX 856680**
**Louisville, KY 40285-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **5574**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.56** |
|---|---|---|---|

**ROLAND MACHINERY CO.**
**NW 7899**
**P.O. BOX 1450**
**Minneapolis, MN 55485-7899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **8370**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.51** |
|---|---|---|---|

**SAFE HARBOR PARTS**
**11825 HIGHWAY 90A**
**P.O. BOX 969**
**East Bernard, TX 77435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,579.97** |
|---|---|---|---|

**Snap Advances**
**1182 W. 2400 S**
**West Vallet City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Merchant Cash Advance Loan**

Last 4 digits of account number  **4189**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,651.50** |
|---|---|---|---|

**State of Illinois Sales Taxes**
**PO Box 19035**
**Springfield, IL 62794-9035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2020**

**Basis for the claim:**  **Sales tax**

Last 4 digits of account number  **2971**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,187.88** |
|---|---|---|---|

**STEEL TRACKS INC.**
**DEPT #05-066**
**PO BOX 3488**
**Tupelo, MS 38803-3488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **National Tractor Parts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,929.00 |
|---|---|---|---|

**SUMMIT SUPPLY LLC**
**2 VLIET FARM ROAD**
**Asbury, NJ 08802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566,597.82 |
|---|---|---|---|

**SWEDISH LORRY PARTS AB**
**146 21 TULLINGE**
**BOX 19**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.75 |
|---|---|---|---|

**TREK, INC.**
**DEPT # 246301**
**P.O. BOX 67000**
**Detroit, MI 48267-2463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0357**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,500.00 |
|---|---|---|---|

**U.S. Small Business**
**Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **8242**

Basis for the claim:  **SBA Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.28 |
|---|---|---|---|

**UPS**
**PO BOX 809488**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0F59**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,314.80 |
|---|---|---|---|

**VALUEPART, INC.**
**PO BOX 775207**
**Chicago, IL 60677-5207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **A800**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,376.19 |
|---|---|---|---|

**VARVIT USA, LLC**
**1455 SEQUOIA DR.**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **5175**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **National Tractor Parts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,711,699.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,711,699.77 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **National Tractor Parts, Inc.**                                    Case No. _____
                                                   Debtor(s)         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................   $ _____ **0.00**

    Prior to the filing of this statement I have received ......................   $ _____ **0.00**

    Balance Due ...............................................................................   $ _____ **0.00**

2.  $ __**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):   **Charles Gunier**

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 30, 2020**                              **/s/ Richard G Larsen**
_Date_                                             **Richard G Larsen 6193054  Illinois**
                                                   _Signature of Attorney_
                                                   **Springer Brown, LLC**
                                                   **300 S. County Farm Road**
                                                   **Suite I**
                                                   **Wheaton, IL 60187**
                                                   **630-510-0000  Fax: 630-510-0004**
                                                   **www.springerbrown.com**
                                                   _Name of law firm_

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    <u>National Tractor Parts, Inc.</u>                                              Case No. _____

                                          Debtor(s)                         Chapter    <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $  <u>Hourly at $430/HR</u>

    Prior to the filing of this statement I have received _____    $  <u>10,000.00</u>

    Balance Due _____    $  <u>To be determined based upon hourly charges</u>

2.  $<u>1717.00</u> of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):    **Charles Gunier**

4.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

<u>11/23/2020</u>                                    _____
*Date*                                         Richard G Larsen 6193054  Illinois
                                               *Signature of Attorney*
                                               **Springer Brown, LLC**
                                               **300 S. County Farm Road**
                                               **Suite I**
                                               **Wheaton, IL 60187**
                                               **630-510-0000   Fax: 630-510-0004**
                                               **www.springerbrown.com**
                                               *Name of law firm*

---

# RETAINER AGREEMENT

THIS RETAINER AGREEMENT IS MADE BY AND BETWEEN:

Richard G. Larsen
Springer Larsen Greene, LLC
300 S. County Farm Road
Suite G
Wheaton, IL 60187
rlarsen@springerbrown.com

(hereinafter referred to as **"Attorney,"** and;

*National Tractor Parks, INC.*

(hereinafter referred to as **"Client"**)

Collectively, Attorney and Client are hereinafter referred to as the **"Parties."**

## WITNESSETH

WHEREAS, Attorney has expertise in the representation of clients in bankruptcy matters and associated proceedings related thereto; and

WHEREAS, *Client* requires legal services related to its financial affairs that may include the filing of a bankruptcy petition; and

WHEREAS, Client desires to retain Attorney to *represent it* with respect to its bankruptcy matters, including filing of a Chapter *11* Petition and to represent Client in regard to the pending collection efforts of various creditors and to provide such services as an independent contractor, and Attorney is agreeable to such a relationship and/or arrangement, and the Parties desire a written document formalizing and defining their relationship and evidencing the terms of their agreement;

THEREFORE, in consideration of the mutual covenants contained herein and other good and valuable consideration, it is agreed as follows:

## 1. Appointment.

Client hereby appoint Attorney as counsel for *National Tractor Parks, INC.* and hereby retains and employs Attorney upon the terms and conditions of this Agreement.

**2. Engagement**

Attorney hereby accepts said Retainer Agreement and agrees to represent _Client_
upon the terms and conditions of this Agreement.

**3. Authority and Description of Services**

During the term of this Agreement Attorney shall provide such professional services and advice
in connection with such matters as are specifically requested by Client, or as in the professional
judgment of Attorney are reasonably necessary.

**4. Term of Agreement**

This Agreement shall become effective upon execution hereof and shall continue thereafter and
remain in effect until the resolution of the case, or until the earlier termination by one of the
Parties as provided herein.

**5. Advance payment retainer**

    a.  Attorney shall not be obligated to provide the services described herein until an advance
payment retainer in the amount of $ _10,000_ for attorney fees and $ _717_ for the
court filing fee is received.

    b.  The retainer to be paid under this Agreement is called an advance payment retainer. An
advance payment retainer becomes the property of the attorney upon receipt. An advance
payment retainer is not deposited in the attorney's trust account but is deposited in the
attorney's general account. Services provided by Attorney and costs and expenses
incurred in the defense of the case will be charged against the retainer as they are
performed or incurred, or as otherwise set forth in this Agreement. On a periodic basis
Attorney will render bills to Client showing the amount drawn against the retainer for
services rendered and costs and expenses incurred. At the conclusion of the case or
earlier termination of this Agreement any surplus of the retainer remaining will be
refunded to Client. Attorney has chosen an advance payment retainer in this Agreement
because Client is a defendant or potentially a defendant in numerous pending and
potential lawsuits and in the event of the entry of an adverse judgment, the balance of the
retainer would otherwise be subject to the remedies for collection available to the
plaintiff.

    c.  Another type of retainer is called a security retainer. A security retainer remains the
property of the client and is required to be deposited in the attorney's trust account. On a
periodic basis the attorney renders bills to the client showing the amount due for services
rendered and costs and expenses incurred. In the absence of an objection from the client
the attorney may draw against the security retainer. At the conclusion of the case or
earlier termination of the Attorney-Client relationship, the amount of the security retainer
remaining in the trust account will be refunded to the client.

    d.  Client has the option to decline to pay an advanced payment retainer and insist upon the
use of a security retainer. In that event, however, Attorney retains the right to decline the

representation of Client and in that case this Agreement shall be immediately terminated and neither of the Parties shall have any further rights against or obligations to the other.

## 6. Duties of Client

The duties of Client are as follows:

a.  Client shall supply Attorney on a regular and timely basis with all information and documents relevant to the issues in the case, or requested by Attorney, or responsive to any discovery initiated in the case.

b.  Client shall be responsible for advising Attorney of any information or documents that would affect the accuracy of any prior information given to Attorney.

c.  Client shall make himself available for a deposition or examination in the case, if requested.

d.  Client shall assist in any negotiations for settlement of the case.

e.  Because Attorney shall rely on such information to be supplied by Client, all such information shall be true, accurate, complete and not misleading, in all respects.

f.  Client shall keep himself advised of the progress of the case and shall act diligently and promptly in reviewing materials submitted to him by Attorney and shall inform Attorney of any inaccuracies contained therein or objections thereto within a reasonable time so as to enable Attorney to make any corrections.

g.  Client shall otherwise cooperate fully and timely with Attorney to enable Attorney to perform its duties and obligations under this Agreement.

## 7. Compensation, billing and payment

*$ 430.00*

Attorney shall be compensated for services hereunder at the rate of $ ~~350.00~~ per hour for pre-bankruptcy services to Client. In addition to the above amounts, Attorney shall be reimbursed for all reasonable and necessary costs and expenses advanced on behalf of Client. On a monthly basis, or more frequently in the discretion of Attorney, Attorney shall render bills to Client showing the amount earned for services rendered and due for costs and expenses advanced. Such amount shall be charged against the amount of any remaining retainer with the balance due and payable by Client within thirty (30) days of the date of the bill. Any amount remaining unpaid after thirty (30) days shall bear simple interest at the rate of eighteen (18%) percent per annum. Attorney has a policy that in the event a payment is not made on the date due, then in that event work may be suspended, without notice, until such time as arrangements have been made for payment.

**8. Termination of Agreement**

This Agreement may be terminated by either party prior to the conclusion of the case by notice to the other. It is specifically agreed that in the event Client fails or refuses to cooperate with Attorney or fails or refuses to make timely payment of the compensation set forth in this Agreement, Attorney shall have the right to suspend any further performance under this Agreement until such time as payment is made or, upon notice to Client, terminate this Agreement and withdraw from the case. In such event all compensation shall become immediately due and payable.

**9. Notices**

Notice hereunder may be written or oral and if written, shall be addressed to the party at the address shown above or at such other address as the party may designate and may be given in person or by first class mail, postage prepaid, facsimile, or email. Notice in person, by facsimile or by email shall be effective immediately. Notice by first class mail, postage prepaid, shall be effective three (3) days after mailing.

**10. Default**

In the event Client fails to pay any amount due to Attorney hereunder, Attorney shall be entitled in any action brought to enforce this Agreement to recover all costs and expenses incurred, including reasonable attorney fees.

**11. Return of Records**

Upon termination of this Agreement, Attorney shall deliver all records, notes, data, and memorandum of any nature that are in the control of Attorney that are the property of or relate to the case, except that Attorney may retain copies of anything delivered.

**12. Disclaimer By Attorney**

Attorney makes no representation to Client or others with respect to the results to be achieved in the case.

**13. Ownership of materials**

All right, title and interest in and to materials to be produced by Attorney in connection with this Agreement and other services to be rendered under said Agreement shall be and remain the sole and exclusive property of Attorney, except in the event Client performs fully and timely its obligations hereunder Client shall be entitled to receive, upon request, one copy of all such materials, and shall be entitled to the non-exclusive right to use all such materials.

**14. Miscellaneous.**

a. Time is hereby expressly made of the essence of this Agreement with respect to the performance by the parties of their respective obligations hereunder.

b. This Agreement contains the entire agreement of the parties. It is declared by the Parties that there are no other oral or written agreements or understanding between them affecting this Agreement or relating to the business of Attorney. This Agreement supersedes all previous agreements between Attorney and Client.

c. This Agreement may be modified or amended provided such modifications or amendments are mutually agreed upon by the Parties and that said modifications or amendments are made only by an instrument in writing signed by the Parties or an oral agreement to the extent that the parties carry it out.

d. The failure of either party, at any time, to require any such performance by any other party shall not be constructed as a waiver of such right to require such performance, and shall in no way affect such party's right to require such performance and shall in no way affect such party's right subsequently to require a full performance hereunder.

e. THIS AGREEMENT IS EXECUTED PURSUANT TO AND SHALL BE INTERPRETED AND GOVERNED FOR ALL PURPOSES BY THE LAWS OF THE STATE OF ILLINOIS. ANY ACTION BROUGHT UNDER THIS AGREEMENT SHALL BE BROUGHT IN AND ONLY IN THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS AND THE PARTIES WAIVE ANY OBJECTION TO JURISDICTION OR VENUE IN SUCH COURT.

f. If any provision of this Agreement shall be held to be contrary to law, void, invalid or unenforceable for any reason, such provision shall be deemed severed from this Agreement and the remaining provisions of this Agreement shall continue to be valid and enforceable. If a Court finds that any provision of this Agreement is contrary to law, void, invalid or unenforceable and that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed and enforced as so limited.

g. This Agreement may be executed in counterparts, notwithstanding the date or dates upon which this Agreement is executed and delivered by any of the parties, and shall be deemed to be an original and all of which shall constitute one agreement effective as of the reference date first written below. An executed faxed copy of this Agreement shall be construed by all parties hereto as an original version of the Agreement.

IN WITNESS WHEREOF, THE PARTIES hereto have set forth their hands and seal in
execution of this Agreement on _Nov 23_____, **2020**.

Richard G. Larsen
Springer Larsen Greene, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60187
rlarsen@springerbrown.com

Charles Gunieri,
President,
Natural Tracon Park
DSC.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **National Tractor Parts, Inc.**                                                    Case No.

_____    Chapter    **11**
                                Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____**58**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November 30, 2020**                        **/s/ Charles H. Gunier Jr.**
_____    _____
                                **Charles H. Gunier Jr./President**
                                Signer/Title

.

A T & T
PO Box 5019
Carol Stream, IL 60197-5019


A T & T
P.O. Box 5080
Carol Stream, IL 60197-5080


A T & T Long Distance
PO Box 5017
Carol Stream, IL 60197-5017


Adelman & Gettleman
Law Office
53W Jackson Blvd., Suite 1050
Chicago, IL 60604


Airgas USA, LLC
PO Box 734445
Chicago, IL 60673-4445


Altorfer, Inc.
P.O. Box 1347
Cedar Rapids, IA 52406-1347


American Crane & Tractor
PO Box 878
Bedford Park, IL 60499-0878


AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


B2B INDUSTRIAL PACKAGING
PO BOX 3296
Glen Ellyn, IL 60138


BERCO OF AMERICA
P.O. BOX 2357
Carol Stream, IL 60132-2357


Bibby Financial/E Capital
600 Townpark Lane
Kennesaw, GA 30144

BLUMAQ CORP. USA
P.O. BOX 126190
Hialeah, FL 33012


BOYD & SONS MACHINERY, LLC
16 SOUTH 350 EAST
Washington, IN 47501


Charles H. Gunier Jr.
2524. N 45th Rd
Leland, IL 60531


Chase Credit Card
P.O. Box 15298
Wilmington, DE 19850-5298


Christopher J. Gunier
3795 E. 2150th Road
Serena, IL 60549


CIGUENALES SANZ, S.L.
POL. MALPICA-STA.ISABEL
C/F OESTE NO 44-45
ZARAGOZA (SPAIN) 60016


COM ED
BILL PAYMENT CENTER
P.O. BOX 6111
Carol Stream, IL 60197-6111


Converted Financial Services
1906 Jeanette Ave.
Saint Charles, IL 60174


CRAWLER PARTS LLC
12826 NORTH STATE ROAD 9
P.O. BOX 28
Alexandria, IN 46001


CROSS DILLON TIRE
P.O. BOX 81208
Lincoln, NE 68501

ECS
3990 Beechgrove Dr.
Waterford, MI 48328


Federal Express
PO 94515
Palatine, IL 60094


FEDEX FREIGHT
DEPT CH PO BOX 10306
Palatine, IL 60055-0306


First Midwest Bank
8750 West Bryn Mawr Ave.
Chicago, IL 60631


First National Bank of Ottawa
701 LaSalle
Ottawa, IL 61350


First National Bank of Ottawa
701 La Salle St.
Ottawa, IL 61350


GARD SPECIALISTS CO INC.
621 STATE HWY 17 SOUTH
PO BOX 157
Eagle River, WI 54521


GROOT INC.
A WASTE CONNECTIONS CO.
PO BOX 535233
Pittsburgh, PA 15253-5233


H & R CONSTRUCTION PARTS INC.
20 MILBURN ST.
Buffalo, NY 14212


H-E PARTS DISTRIBUTION
4161 CHAMBLEE ROAD
Oakwood, GA 30566


HICKSGAS, LLC
P.O. BOX 577
Cortland, IL 60112-0577

ILLINOIS ENERGY
REMITTANCE PROCESSING
PO BOX 30093
Lansing, MI 48909-7593


INDUSTRIAL TRACTOR PARTS, INC.
775 CALIFORNIA AVE.
Dolton, IL 60419


INTERTRACTOR AMERICA CORP.
4599 PAYSHPERE CIRCLE
Chicago, IL 60674


ITR AMERICA, LLC
5656 PAYSPHERE CIRCLE
Chicago, IL 60674


Kendall County Collector's Office
111 W. Fox St.
Yorkville, IL 60560


Machinery Trader/Sandhills Global
PO Box 85673
Lincoln, NE 68501-5673


MIDWEST INDUSTRIAL SALES INC
423 INDUSTRY AVE.
P.O. BOX 198
Gardner, IL 60424


NATIONAL TRUCK & CONST PARTS
P.O. BOX 83
Plano, IL 60545


OBBLIGATO BUSINESS PARTNERS
1791 COMMERCE DRIVE
Montgomery, IL 60538


On Deck
1400 Broadway 25th Floor
New York, NY 10018

RDM Capital Funding
777 Passaic Ave.
Suite 375
Clifton, NJ 07012


READY FRESH BY NESTLE
DIV. NESTLE WATERS
P.O. BOX 856680
Louisville, KY 40285-6680


ROLAND MACHINERY CO.
NW 7899
P.O. BOX 1450
Minneapolis, MN 55485-7899


SAFE HARBOR PARTS
11825 HIGHWAY 90A
P.O. BOX 969
East Bernard, TX 77435


Snap Advances
1182 W. 2400 S
West Vallet City, UT 84119


State of Illinois Sales Tax
P.O. Box 19035
Springfield, IL 62794-9035


State of Illinois Sales Taxes
PO Box 19035
Springfield, IL 62794-9035


STEEL TRACKS INC.
DEPT #05-066
PO BOX 3488
Tupelo, MS 38803-3488


SUMMIT SUPPLY LLC
2 VLIET FARM ROAD
Asbury, NJ 08802


SWEDISH LORRY PARTS AB
146 21 TULLINGE
BOX 19
SWEDEN

Taft
111 Wacker Drive, Suite 2800
Attn: Jillian S. Cole
Chicago, IL 60601


TREK, INC.
DEPT # 246301
P.O. BOX 67000
Detroit, MI 48267-2463


U.S. Small Business
Administration
2 North Street, Suite 320
Birmingham, AL 35203


UPS
PO BOX 809488
Chicago, IL 60680-9488


VALUEPART, INC.
PO BOX 775207
Chicago, IL 60677-5207


VARVIT USA, LLC
1455 SEQUOIA DR.
Aurora, IL 60506

# United States Bankruptcy Court
## Northern District of Illinois

In re  **National Tractor Parts, Inc.**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **National Tractor Parts, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2020**

Date

**/s/ Richard G Larsen**

**Richard G Larsen 6193054  Illinois**

Signature of Attorney or Litigant

Counsel for  **National Tractor Parts, Inc.**

**Springer Brown, LLC**

**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**
**www.springerbrown.com**